**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REYNALDO VILLANUEVA,<br><br>　　　　Defendant. | Case No.  1:20-mj-00052-SAB<br><br>ORDER GRANTING DEFENDANT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>(ECF No. 11) |

On May 1, 2020, Defendant Reynaldo Villanueva filed an application to file documents under seal in support of his notice regarding the Government's noncompliance with the statutory requirement to admission of wiretap evidence.  The Court has considered the application and finds that good cause exists to grant the request to seal.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's application to seal documents is GRANTED; and
2. The Clerk of the Court shall file the documents under seal.

IT IS SO ORDERED.

Dated:   **May 1, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1