# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO VILLANUEVA,<br><br>Defendant. | Case No. 1:20-mj-00052-SAB<br><br>ORDER GRANTING GOVERNMENT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL |

On May 1, 2020, Defendant Reynaldo Villanueva filed an application to file documents under seal in support of his notice regarding the Government's noncompliance with the statutory requirement to admission of wiretap evidence. The Court found that good cause existed to file the documents under seal. The Government has now requested to file a motion for a protective order and the protective order regarding these documents under seal. The Court finds that good cause exists to file the motion for a protective order and protective order under seal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to seal documents is GRANTED; and
2. The Clerk of the Court shall file the documents under seal.

IT IS SO ORDERED.

Dated: __May 1, 2020__

UNITED STATES MAGISTRATE JUDGE

1