UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JOSE AVALOS-CASTRO,<br><br>              Defendant. | No. 1:20-cr-00093-NONE-SKO<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>REYNALDO VILLANUEVA,<br><br>              Defendant. | No. 1:20-cr-00094-DAD-BAM |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>PEDRO DURAN,<br><br>              Defendant. | No. 1:20-cr-00096-NONE-SKO |

1

1  Review of the court record in above-referenced actions reveals that they are related to
2  each other under Local Rule 123.  These actions involve the same or similar parties, properties,
3  claims, events, and/or questions of fact or law.  In addition, the currently assigned district and
4  magistrate judges have not engaged each of the respective actions in any substantial way.
5  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Sheila K.
6  Oberto will promote efficiency and economy for the court and parties.

7  An order relating cases under this court's Local Rule 123 merely assigns them to the same
8  district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing,
9  the court orders that the above-referenced actions are to be reassigned to Unassigned District
10 Judge and U.S. Magistrate Sheila K. Oberto.

11 Accordingly, all documents filed in the above-referenced actions shall now bear the
12 following case numbers:

**1:20-cr-00093-NONE-SKO**

**1:20-cr-00094-NONE-SKO**

**1:20-cr-00096-NONE-SKO**

IT IS SO ORDERED.

Dated:   **June 19, 2020**                                    /s/ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE