PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00094-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL AS TO REYNALDO VILLANUEVA AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON |
| v. | |
| REYNALDO VILLANUEVA, | Court: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on March 26, 2024, at 8:30 a.m.

2. By this stipulation, defendant now moves to vacate the trial and to **set the case for a change of plea hearing on October 23, 2023 at 10:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. An ends-of-justice delay is particularly apt in this case because the defendant is released on pretrial conditions.

3. The parties note that time has already been excluded beyond October 23, 2023, and therefore no further exclusion of time is necessary.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

1  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

2  must commence.

3        IT IS SO STIPULATED.

4   Dated:  September 21, 2023                         PHILLIP A. TALBERT
                                                       United States Attorney
5

6                                            By:  /s/ JUSTIN J. GILIO
                                                  JUSTIN J. GILIO
7                                                 Assistant United States Attorney

8   Dated: September 21, 2023                      /s/ Nicholas Reyes
9                                                  Attorney for Defendant Reynaldo Villanueva

10

11

12                                    **O R D E R**

13  IT IS SO ORDERED.

14    Dated:   **September 22, 2023**

15                                                UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28